# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HUGO C. ISRAEL also known as HUGO ISRAEL CAHUEC,

    Plaintiff,

v.

DWIGHT NEVENS et al.,

    Defendants.

2:14-cv-1384-GMN-VCF

**ORDER**

## I. DISCUSSION

On August 29, 2014, this Court entered a screening order and stayed the case for 90 days to give the parties an opportunity to settle their dispute. (ECF No. 6 at 8). The 90-day stay expires on December 1, 2014, but the parties are scheduled for an early mediation conference on December 5, 2014. (*See* ECF No. 24 at 1). Defendants have filed a motion to extend the stay for settlement purposes through December 19, 2014. (*Id.* at 2). The Court grants this motion to extend the stay. The stay is extended through Friday, December 19, 2014. Defendants shall file their status report on or before that date.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to extend stay (ECF No. 24) is granted. The stay is extended through Friday, December 19, 2014, and Defendants shall file their status report on or before that date.

DATED: This \_\_1st\_\_ day of December, 2014.

_____
United States Magistrate Judge